**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LEADING EDGE LOGISTICS LLC., *et al.*,[1]<br><br>                    Debtors. | Chapter 7<br><br>Case No. 14-11260 (MFW)<br><br>Jointly Administered<br><br>**Re: Docket No. 498** |

**ORDER EXTENDING THE PERIOD WITHIN**
**WHICH TRUSTEE MAY REMOVE ACTIONS PURSUANT TO**
**28 U.S.C. § 1452 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027**

Upon the Motion[2] of Alfred T. Giuliano, Chapter 7 trustee (the "Trustee"), to the estates of the above-captioned debtors (the "Debtors") for entry of an order further extending the period within which the Trustee may remove actions pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure; and it appearing that the relief sought in the Motion and the entry of this Order is appropriate; and it appearing that the relief sought in the Motion is reasonable and in the best interests of the Debtors and their estates; and no adverse interest being represented; and sufficient cause appearing therefore; and upon due deliberation given, it is hereby

ORDERED that the time period provided by Bankruptcy Rule 9027 within which the Trustee may file notices of removal of related proceedings under Bankruptcy Rule 9027(a)(2) is enlarged and extended through and including December 5, 2018 (the "Pre-Petition Removal Deadline"); and it is further

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Leading Edge Logistics LLC (2293); Alliance Traffic Group, LLC (0161); LEL Enterprises LLC (1052); and LEL Caribe, LLC (0104). The Debtors' address is 2098 West Chester Pike, Broomall, PA 19008.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that the Pre-Petition Removal Deadline applies to all matters specified in Bankruptcy Rule 9027(a)(2)(A), (B), (C); and it is further

ORDERED that the time period provided by Bankruptcy Rule 9027 within which the Trustee may file notices of removal of related proceedings under Bankruptcy Rule 9027(a)(3) is enlarged and extended to the later of (i) December 5, 2018, and (ii) the time period specified in Bankruptcy Rule 9027(a)(3)(A) and (B) (i.e. the shorter of (A) 30 days after receipt, through service or otherwise, of a copy of the initial pleading setting forth the claim or cause of action sought to be removed, or (B) 30 days after receipt of the summons if the initial pleading has been filed with the court but not served with the summons) (the "Post-Petition Removal Deadline"); and it is further

ORDERED that the Post-Petition Removal Deadline applies to all matters specified in Bankruptcy Rule 9027(a)(3); and it is further

ORDERED that this Order is without prejudice to the Trustee's right to seek further extensions of the time within which to remove related proceedings; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

**Dated: August 20th, 2018**
**Wilmington, Delaware**

DOCS_DE:220327.2 31266/001

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

2