IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LEADING EDGE LOGISTICS LLC., *et al.*,[1]<br><br>                  Debtors. | Chapter 7<br><br>Case No. 14-11260 (MFW)<br><br>Jointly Administered<br><br>Re: Docket Nos. 504, 506 |

**Objection Deadline: February 4, 2019 at 4:00 p.m. (ET)**

**FEE NOTICE PURSUANT TO
ORDER GRANTING APPLICATION OF ALFRED T. GIULIANO,
CHAPTER 7 TRUSTEE, FOR AN ORDER (I) PURSUANT TO BANKRUPTCY CODE
SECTIONS 327(A) AND 328(A), BANKRUPTCY RULES 2014(A) AND 2016,
AND LOCAL RULE 2014-1 FOR AUTHORITY TO EMPLOY AND RETAIN
JNR ADJUSTMENT COMPANY, INC. AS COLLECTION AGENT, NUNC PRO TUNC
TO AUGUST 7, 2018; AND (II) GRANTING WAIVER OF LOCAL RULE 2016-2**

To:    (a) the Office of the United States Trustee for the District of Delaware; and (b) those persons who have requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on September 7, 2018, Alfred T. Giuliano, chapter 7 trustee (the "Trustee"), to the estates of the above-captioned debtors, filed the *Application of Alfred T. Giuliano, Chapter 7 Trustee, for an Order (I) Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain JNR Adjustment Company, Inc. as Collection Agent, Nunc Pro Tunc to August 7, 2018; and (II) Granting Waiver of Local Rule 2016-2* (the "Application") [Docket No. 504], with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Court"). On September 25, 2018, the Court entered the *Order Granting Application of Alfred T. Giuliano, Chapter 7 Trustee, for an Order*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Leading Edge Logistics LLC (2293); Alliance Traffic Group, LLC (0161); LEL Enterprises LLC (1052); and LEL Caribe, LLC (0104). The Debtors' address is 2098 West Chester Pike, Broomall, PA 119008.

*(I) Pursuant to Bankruptcy Code Sections 327(a) and 328(b), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain JNR Adjustment Company, Inc. as Collection Agent, Nunc Pro Tunc to August 7, 2018; and (II) Granting Waiver of Local Rule 2016-2* (the "Order") [Docket No. 506] granting the Application.

**PLEASE TAKE FURTHER NOTICE** that the Trustee, hereby files this fee notice ("Fee Notice") that JNR Adjustment Company, Inc. ("JNR") has recovered the amounts below and is entitled to the contingency fee recovery listed below:

| Adv. Pro. No.: | Defendant: | Default Judgment Amount: | Settlement Amount: | Commission: | JNR Recovery Fee: |
|---|---|---|---|---|---|
| 16-50761 | ATF Trucking, LLC | $36,176.81 | $10,000.00 | 20% | $2,000.00 |
| 16-50927 | Loxia | $33,045.99 | $11,020.64 | 20% | $2,204.13 |
| 16-50962 | Moran Trucking, Inc. | $13,800.00 | $13,800.00 | 25% | $3,450.00 |

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Fee Notice must be made in writing and be filed with the Bankruptcy Court, on or before **February 4, 2019 at 4:00 p.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Trustee: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Bradford J. Sandler (email: bsandler@pszjlaw.com) (fax: 302-652-4400); and (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Benjamin A. Hackman (email: benjamin.a.hackman@usdoj.gov) (fax: 302-573-6497).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS FEE NOTICE, THE TRUSTEE MAY PAY JNR ITS FEE PER THE APPLICATION AND ORDER.

Dated: January 25, 2019                             PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Michael R. Seidl (DE Bar No. 3889)
Jason S. Pomerantz (CA Bar No. 157216)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:    bsandler@pszjlaw.com
          mseidl@pszjlaw.com
          jspomerantz@pszjlaw.com
          pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee

DOCS_DE:221255.1 31266/001