IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LEADING EDGE LOGISTICS LLC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 14-11260 (MFW)<br>(Jointly Administered)<br><br>Re: Docket No. 527 |

## ORDER GRANTING
## SEVENTH INTERIM APPLICATION FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG
## ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE,
## FOR THE PERIOD FROM JANUARY 1, 2018 THROUGH JUNE 30, 2019

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as Counsel for the Chapter 7 Trustee in the above-captioned cases, filed a Sixth Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as counsel to the Chapter 7 Trustee, for the period from January 1, 2018 through June 30, 2019 (the "Seventh Interim Application"). The Court has reviewed the Seventh Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Seventh Interim Application, and any hearing on the Seventh Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Sixth Interim Application. Accordingly, it is hereby ORDERED THAT:

1. The Seventh Interim Application is GRANTED, on an interim basis.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Leading Edge Logistics LLC (2293); Alliance Traffic Group, LLC (0161); LEL Enterprises LLC (1052); and LEL Caribe, LLC (0104). The Debtors' address is 2098 West Chester Pike, Broomall, PA 19008.

2. The Chapter 7 Trustee in the above cases shall pay to PSZ&J the sum of $72,312.00 as compensation and $4,288.34 as reimbursement of expenses, for a total of $76,600.34 for services rendered and disbursements incurred by PSZ&J for the period January 1, 2018 through June 30, 2019.

**Dated: January 7th, 2020**
**Wilmington, Delaware**
DOCS_DE:224505.3 31266/001

2

*[signature]*
**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**