IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LEADING EDGE LOGISTICS LLC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 14-11260 (MFW)<br>(Jointly Administered)<br><br>Re: Docket No. 564 |

ORDER GRANTING
EIGHTH INTERIM APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG
ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE,
FOR THE PERIOD FROM JULY 1, 2019 THROUGH DECEMBER 31, 2020

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as Counsel for the Chapter 7 Trustee in the above-captioned cases, filed a Sixth Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as counsel to the Chapter 7 Trustee, for the period from July 1, 2019 through December 31, 2020 (the "Eighth Interim Application").  The Court has reviewed the Eighth Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Eighth Interim Application, and any hearing on the Eighth Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Sixth Interim Application.  Accordingly, it is hereby ORDERED THAT:

  1. The Eighth Interim Application is GRANTED, on an interim basis.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Leading Edge Logistics LLC (2293); Alliance Traffic Group, LLC (0161); LEL Enterprises LLC (1052); and LEL Caribe, LLC (0104).  The Debtors' former address was 2098 West Chester Pike, Broomall, PA  19008.

2.  The Chapter 7 Trustee in the above cases shall pay to PSZ&J the sum of $46,932.50 as compensation and $3,361.10 as reimbursement of expenses, for a total of $50,293.60 for services rendered and disbursements incurred by PSZ&J for the period July 1, 2019 through December 31, 2020.

Dated: February 18th, 2021
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE