IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LEADING EDGE LOGISTICS LLC, *et al.*,[1]<br><br>                      Debtors. | Chapter 7<br><br>Case No. 14-11260 (MFW)<br>(Jointly Administered) |

**Objection Deadline:  To be determined**
**Hearing Date:  To be heard with the Trustee's Final Report**

## NOTICE OF FILING OF FEE APPLICATION

PLEASE TAKE NOTICE that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Chapter 7 Trustee (the "Trustee"), in the above-captioned cases, has filed its *Ninth Interim and Final Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period from May 19, 2014 through March 31, 2022 (Including the Ninth Fee Period of January 1, 2021 through March 31, 2022)* (the "Application") seeking fees in the amount of $1,870,684.00 and reimbursement of actual and necessary expenses in the amount of $100,728.33 for the period from May 19, 2014 through March 31, 2022, which Application due to its voluminous size is available upon request to the undersigned counsel, who will either mail or email the entire Application to you, at your request and without charge to you.

PLEASE TAKE FURTHER NOTICE that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Leading Edge Logistics LLC (2293); Alliance Traffic Group, LLC (0161); LEL Enterprises LLC (1052); and LEL Caribe, LLC (0104).

the District of Delaware (the "Bankruptcy Court"), 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on a **date and time to be determined**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Trustee: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Bradford J. Sandler (email: bsandler@pszjlaw.com) (fax: 302-652-4400); and (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Benjamin A. Hackman, (email: benjamin.a.hackman@usdoj.gov) (fax: 302-573-6497).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.  **THE HEARING ON THE APPLICATION WILL BE HELD CONCURRENTLY WITH THE HEARING ON THE TRUSTEE'S FINAL REPORT ON A DATE AND TIME TO BE DETERMINED.**

Dated:  May 17, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Michael R. Seidl (DE Bar No. 3889)
Jason S. Pomerantz (CA Bar No. 157216)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
           mseidl@pszjlaw.com
           jspomerantz@pszjlaw.com
           pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee