THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 14-11260 |
| Leading Edge Logistics LLC, *et al*, | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | Jointly Administered |

**LIMITED RESPONSE TO CHAPTER 7 TRUSTEE'S FIRST OMNIBUS OBJECTION TO CERTAIN CLAIMS TO BE RECLASSIFIED [DOC. NO. 588-1]**

AISIN North Carolina Corporation f/k/a AW North Carolina, Inc. ("AWNC") submits this limited response to the Trustee's First Omnibus Objection to Certain Claims to be Reclassified [Doc. No. 588-1]. AWNC agrees that its claim should be reclassified as a general unsecured claim. AWNC, however, files this limited response to ensure that the reclassification does not prejudice AWNC's original right to offset and recoupment against the Debtor.

On September 8, 2014, AWNC filed its proof of claim [Claim No. 184] in this case (the "AWNC POC"). As set forth in the AWNC POC, Debtor Leading Edge Logistics, LLC (the "Debtor") contended that, as of the filing of the petition, AWNC owed sums to the Debtor for logistics services. AWNC countered, stating that it had claims of offset and recoupment against the Debtor greatly exceeded the Debtor's claims against AWNC. AWNC filed its AWNC POC as a secured claim to protect its claim to offset and recoupment.

During the pendency of the case, the Debtor assigned its accounts receivable to its senior secured creditor, PNC Bank ("PNC"). Following the assignment of the accounts receivable to PNC, AWNC's claims for offset and recoupment were against PNC and not the Debtor.[1] Because AWNC no longer had an offset or recoupment claim against the Debtor following the accounts

---

[1] AWNC notes that PNC's claims against AWNC and AWNC's offset and recoupment claims against PNC were resolved pursuant to a confidential settlement agreement in the lawsuit captioned *AW North Carolina, Inc. vs. PNC Bank, National Association, et al.*, Case No. 14-CVS-4784 (Durham County North Carolina Superior Court).

{00033522. }

receivable assignment to PNC, AWNC agrees with the Trustee that its claim should be reclassified as a general unsecured claim in this case.[2]

That said, AWNC notes that PNC's claims against AWNC and AWNC's offset and recoupment claims against PNC were resolved pursuant to a confidential settlement agreement in the lawsuit captioned. AWNC also resolved many carrier claims lodged against AWNC in the PNC Litigation. AWNC files this limited response solely to protect its rights and ensure that the reclassification does not prejudice AWNC's original right to offset and recoupment against the Debtor.

WHEREFORE, AWNC respectfully asks the Court to reclassify its claim as a general unsecured claim for the reasons set forth in this limited response.

This 28th day of June 2022.

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Scott J. Leonhardt (DE No. 4885)
Jason A. Gibson (DE No. 6091)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
Email: leonhardt@teamrosner.com
      gibson@teamrosner.com

and

**BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP**
Clint S. Morse
PO Box 26000
Greensboro, NC 27420
Tel.: (336) 271-3167
Email: cmorse@brookspierce.com
*Counsel for AWNC*

---

[2] AWNC's offset and recoupment claims as well as numberous claims made by carriers against AWNC were resolved in the case captioned *AW North Carolina, Inc. vs. PNC Bank, National Association, et al.*, Case No. 14-CVS-4784 (Durham County North Carolina Superior Court) (the "PNC Litigation")