IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| LEADING EDGE LOGISTICS LLC., *et al.*,[1] | : | Case No. 14-11260 (MFW) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Re: Docket No. 588** |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION
WITH THE FIRST OMNIBUS OBJECTION (SUBSTANTIVE) OF ALFRED T.
GIULIANO, CHAPTER 7 TRUSTEE, TO CERTAIN CLAIMS TO BE RECLASSIFIED**

TO:  Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

**PLEASE TAKE NOTICE** that on June 13, 2022, Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), in the above-captioned cases, filed the *First Omnibus Objection (Substantive) of Alfred T. Giuliano, Chapter 7 Trustee, to Certain Claims to Be Reclassified* (the "First Omnibus Objection") [Docket No. 588] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  A hearing on the First Omnibus Objection is scheduled for July 20, 2022, at 2:00 p.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have been delivered to Chambers (with all attachments) together with a copy of the First Omnibus Objection.  Copies of any Proof of Claim can be requested from the undersigned counsel to the Trustee.

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Leading Edge Logistics LLC (2293); Alliance Traffic Group, LLC (0161); LEL Enterprises LLC (1052); and LEL Caribe, LLC (0104).

| | |
|---|---|
| Dated:  July 6, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Michael R. Seidl* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Michael R. Seidl (DE Bar No. 3889) |
| | Jason S. Pomerantz (CA Bar No. 157216) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | Wilmington, DE  19801 |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email:     bsandler@pszjlaw.com |
| | mseidl@pszjlaw.com |
| | jspomerantz@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | |
| | *Counsel to Alfred T. Giuliano, Chapter 7 Trustee* |