UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:
LEADING EDGE LOGISTICS LLC

Debtor.

Chapter 7
Case No. 14-11260/MFW

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

*AND NOW,* upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is *ORDERED*, that the sum of $84,437.72 is reasonable compensation for the services in this case by Alfred T. Giuliano, Trustee, that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $468.64 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.