## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: LEADING EDGE LOGISTICS LLC      §    Case No. 14-11260-MFW

                                           §

                                           §

Debtor(s)                                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Alfred T. Giuliano, Trustee (DE)_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

824 Market Street, 3rd Floor
Wilmington, DE 19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 02:00PM on 11/09/2022 in Courtroom 4, United States Courthouse, 824 North Market Street, 5th Floor
Wilmington, DE 19801.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: __10/04/2022_____    By: __/s/ Alfred T. Giuliano_____
                                                      Trustee

Alfred T. Giuliano, Trustee (DE)
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043
(856) 767-3000

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: LEADING EDGE LOGISTICS LLC         §     Case No. 14-11260-MFW

§

§

Debtor(s)                          §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $     2,039,590.79

*and approved disbursements of*      $     1,937,364.82

*leaving a balance on hand of* [1]      $     102,225.97

**Balance on hand:**      $     102,225.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Rolling Stone Logistics, LLC | 900.00 | 0.00 | 0.00 | 0.00 |
| 54 | CFS Logistics, Inc. | 0.00 | 0.00 | 0.00 | 0.00 |
| 95 | HDZ Transportation Co. | 0.00 | 0.00 | 0.00 | 0.00 |
| 137 | Coppell ISD | 0.00 | 0.00 | 0.00 | 0.00 |
| 137 -2 | Coppell ISD | 0.00 | 0.00 | 0.00 | 0.00 |
| 138 | Dallas County | 0.00 | 0.00 | 0.00 | 0.00 |
| 138 -2 | Dallas County | 0.00 | 0.00 | 0.00 | 0.00 |
| 150 -2 | Albaad USA, Inc. | 0.00 | 0.00 | 0.00 | 0.00 |
| 164 | PNC Business Credit | 9,734,392.27 | 9,734,392.27 | 113,973.63 | 0.00 |
| 175 | The Middleby Corporation and Certain Affiliates | 0.00 | 0.00 | 0.00 | 0.00 |
| 178 | RAC Welton, Inc. | 269,031.34 | 0.00 | 0.00 | 0.00 |
| 180S | The Tranzonic Companies, Inc. | 158,248.69 | 0.00 | 0.00 | 0.00 |
| 181 | Carlisle Brake & Friction, Inc. | 437,998.99 | 0.00 | 0.00 | 0.00 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| 184 | AW North Carolina Inc. | 0.00 | 0.00 | 0.00 | 0.00 |
| 198 | Oakland County Treasurer | 0.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00

Remaining balance: $ 102,225.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee, Fees - A. T. Giuliano, P.C. | 84,437.72 | 0.00 | 84,437.72 |
| Trustee, Expenses - A. T. Giuliano, P.C. | 468.64 | 0.00 | 468.64 |
| Attorney for Trustee, Fees - Pachulski Stang Ziehl & Jones LLP | 1,263,551.41 | 1,199,662.10 | 5,941.09 |
| Attorney for Trustee, Expenses - Pachulski Stang Ziehl & Jones LLP | 82,570.03 | 80,380.81 | 2,189.22 |
| Accountant for Trustee, Fees - Giuliano, Miller & Co., LLC | 396,944.12 | 369,587.10 | 9,152.61 |
| Accountant for Trustee, Expenses - Giuliano, Miller & Co., LLC | 3,493.35 | 3,456.66 | 36.69 |
| Other Fees: Cozen O'Connor | 16,250.00 | 16,250.00 | 0.00 |
| Other Expenses: Automatic Data Processing | 366.80 | 366.80 | 0.00 |
| Attorney for Trustee Fees - Subranni Zauber LLC | 12,155.00 | 12,155.00 | 0.00 |
| Attorney for Trustee Expenses - Subranni Zauber LLC | 2,513.88 | 2,513.88 | 0.00 |
| Other Fees: Gavin/Solmonese, LLC | 2,500.00 | 2,500.00 | 0.00 |
| Other Fees: JNR Adjustment Company, Inc. | 5,537.50 | 5,537.50 | 0.00 |
| Other Fees: Klehr Harrison Harvey Branzburg LLP | 1,171.00 | 1,171.00 | 0.00 |
| Other Fees: The Bifferato Firm, P.A. | 14,450.00 | 14,450.00 | 0.00 |
| Other Expenses: Brett Bell | 5,122.50 | 5,122.50 | 0.00 |
| Other Expenses: Giuliano, Miller & Co., LLC | 133.75 | 133.75 | 0.00 |
| Other Expenses: Hill Archive | 21,764.50 | 21,764.50 | 0.00 |
| Other Expenses: International Sureties, Ltd | 2,864.77 | 2,864.77 | 0.00 |
| Other Expenses: Jason Mortiere | 1,500.00 | 1,500.00 | 0.00 |
| Other Expenses: KRM 525 Sam Houston LLC | 340.00 | 340.00 | 0.00 |
| Other Expenses: Klehr Harrison Harvey Branzburg LLP | 1.50 | 1.50 | 0.00 |
| Other Expenses: Liberty NOE, LLC | 5,563.50 | 5,563.50 | 0.00 |
| Other Expenses: M2 Technology | 5,106.00 | 5,106.00 | 0.00 |

| | | | |
|---|---|---|---|
| Other Expenses: Michael Infanti | 475.00 | 475.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $    102,225.97

Remaining balance: $    0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $    0.00

Remaining balance: $    0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $45,367.78 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13P | Lower 48 Transport, LLC | 0.00 | 0.00 | 0.00 |
| 18 | Blue Chip Hotshot, LLC | 0.00 | 0.00 | 0.00 |
| 26 | SLS Trucking, Inc. | 0.00 | 0.00 | 0.00 |
| 34 | S&D Transport, LLC | 450.00 | 0.00 | 0.00 |
| 36 | RGM Transport, LLC | 950.00 | 0.00 | 0.00 |
| 37 | Odom Transport Services, LLC | 700.00 | 0.00 | 0.00 |
| 38 | Greenline Express Inc. | 0.00 | 0.00 | 0.00 |
| 40 | Sun Logistics Corp. | 0.00 | 0.00 | 0.00 |
| 46 | Sampson Transport, LLC | 0.00 | 0.00 | 0.00 |
| 47 | Sampson Transport, LLC | 0.00 | 0.00 | 0.00 |
| 67 | Vieths Trucking, Inc. | 0.00 | 0.00 | 0.00 |
| 75P | Brother's Transportation LLC | 0.00 | 0.00 | 0.00 |
| 76 | Blue Diamond Trucking, Inc. | 4,200.00 | 0.00 | 0.00 |
| 77 | W. Carl Trigg Trucking | 0.00 | 0.00 | 0.00 |
| 90 | Transport Guilbault International Inc. | 2,000.00 | 0.00 | 0.00 |
| 94 | First Class Transports, LLC | 0.00 | 0.00 | 0.00 |
| 108 | So-Low Specialized, LLC | 0.00 | 0.00 | 0.00 |
| 131 | GRT Trucking | 1,275.00 | 0.00 | 0.00 |
| 137 -3 | Coppell ISD | 301.35 | 0.00 | 0.00 |

| 138 -3 | Dallas County | 278.11 | 0.00 | 0.00 |
| 192 | Maekol Trucking | 0.00 | 0.00 | 0.00 |
| 193 | Kullar Brothers, Inc. | 2,850.00 | 0.00 | 0.00 |
| 198 | Oakland County Treasurer | 0.00 | 0.00 | 0.00 |
| 199 | Texas Comptroller of Public Accounts | 5,538.32 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,952,017.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Carrier Cash, LLC dba Pay4Freight.com | 58,580.00 | 0.00 | 0.00 |
| 2A | Con-Way Freight | 511,884.82 | 0.00 | 0.00 |
| 2B | Quickie Manufacturing Corporation | 0.00 | 0.00 | 0.00 |
| 3 | Central Freight Lines, Inc. | 0.00 | 0.00 | 0.00 |
| 3 -2 | Central Freight Lines, Inc. | 4,565.36 | 0.00 | 0.00 |
| 4 | Kreischer Miller | 0.00 | 0.00 | 0.00 |
| 4 -2 | Kreischer Miller | 45,160.00 | 0.00 | 0.00 |
| 5 | Rolling Stone Logistics, LLC | 900.00 | 0.00 | 0.00 |
| 6 | TRX, Inc. | 2,991.60 | 0.00 | 0.00 |
| 7 | R.E. Building LLC c/o Centennial Bank | 10,500.00 | 0.00 | 0.00 |
| 8 | Quality Transportation NY, LLC | 1,800.00 | 0.00 | 0.00 |
| 9 | Doug Davidson Trucking | 11,700.00 | 0.00 | 0.00 |
| 10 | Afar Trucking, Inc. | 760.00 | 0.00 | 0.00 |
| 11 | Cargo Solution Express Inc | 4,400.00 | 0.00 | 0.00 |
| 12 | ECH Transport, LLC | 3,500.00 | 0.00 | 0.00 |
| 13U | Lower 48 Transport, LLC | 140.00 | 0.00 | 0.00 |
| 14 | Greentree Logistics, Inc. | 6,400.00 | 0.00 | 0.00 |
| 15 | CPL Trucking, LLC | 600.00 | 0.00 | 0.00 |

| 16 | Global Transport, Inc. | 3,000.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 17 | B & M Logistics, Inc | 1,800.00 | 0.00 | 0.00 |
| 19 | Building Systems Transportation Co | 1,500.00 | 0.00 | 0.00 |
| 20 | Stack Transportation | 0.00 | 0.00 | 0.00 |
| 20 -2 | Stack Transportation | 1,577.74 | 0.00 | 0.00 |
| 21 | DNN Transport, LLC | 1,500.00 | 0.00 | 0.00 |
| 22 | T. J. Potter Trucking, Inc. | 1,500.00 | 0.00 | 0.00 |
| 23 | P.G.I. Trucking | 800.00 | 0.00 | 0.00 |
| 24 | WIT Transportation, LLC | 3,000.00 | 0.00 | 0.00 |
| 25 | Polux Transportation | 26,050.00 | 0.00 | 0.00 |
| 27 | Van's Delivery Service, Inc. | 2,000.00 | 0.00 | 0.00 |
| 28 | White Star Trucking Lines | 37,740.37 | 0.00 | 0.00 |
| 29 | Tryon Trucking Inc. | 5,800.00 | 0.00 | 0.00 |
| 30 | B & T Mail Service, Inc. | 1,075.00 | 0.00 | 0.00 |
| 31 | N.E.W. Transportation Group | 1,050.00 | 0.00 | 0.00 |
| 32 | J&J Trucking, Inc. | 21,273.00 | 0.00 | 0.00 |
| 33 | J&J Trucking, Inc. | 21,273.00 | 0.00 | 0.00 |
| 35 | Indy Specialized Transport Inc. | 450.00 | 0.00 | 0.00 |
| 39 | RT 80 Express Inc. | 2,600.00 | 0.00 | 0.00 |
| 41 | CPG Enterprises of Orlando | 675.00 | 0.00 | 0.00 |
| 42 | Hillyard Farms | 3,550.00 | 0.00 | 0.00 |
| 43 | Jantz, Inc. | 3,350.00 | 0.00 | 0.00 |
| 44 | Del Logistics & Transport | 5,000.00 | 0.00 | 0.00 |
| 45 | Shaker Enterprises | 1,750.00 | 0.00 | 0.00 |
| 48 | Canal City Transport | 3,400.00 | 0.00 | 0.00 |
| 49 | Cowtown Express | 2,700.00 | 0.00 | 0.00 |
| 50 | AVL Transport LLC | 2,550.00 | 0.00 | 0.00 |
| 51 | Daily Express, Inc. | 4,106.34 | 0.00 | 0.00 |
| 52 | All States World Cargo, Inc. | 800.75 | 0.00 | 0.00 |
| 53 | Gerdau | 725.00 | 0.00 | 0.00 |
| 54 | CFS Logistics, Inc. | 2,850.00 | 0.00 | 0.00 |
| 55 | 4K Cartage | 1,396.30 | 0.00 | 0.00 |
| 56 | Adams Trucking, Inc. | 2,900.00 | 0.00 | 0.00 |

| 57 | Bibler Co | 7,720.00 | 0.00 | 0.00 |
|----|-----------|----------|------|------|
| 58 | SJ Cargo, Inc. | 1,100.00 | 0.00 | 0.00 |
| 59 | Horizon Lines LLC | 675,448.12 | 0.00 | 0.00 |
| 60 | Horizon Lines LLC | 1,312,157.85 | 0.00 | 0.00 |
| 61 | Ladyhawk Specialized Transport | 2,100.00 | 0.00 | 0.00 |
| 62 | Fast Logistics, Inc. | 2,300.00 | 0.00 | 0.00 |
| 63 | Watkins Trucking Co., Inc. | 1,000.00 | 0.00 | 0.00 |
| 64 | United Vision Logistics | 10,950.00 | 0.00 | 0.00 |
| 65 | Texas Continental Express | 3,100.00 | 0.00 | 0.00 |
| 66 | Mercer Transportation Company | 0.00 | 0.00 | 0.00 |
| 68 | Hayden Transportation, LLC | 775.00 | 0.00 | 0.00 |
| 69 | CSS Trucking, LLC | 2,425.00 | 0.00 | 0.00 |
| 70 | Leonard's Express, Inc. | 82,389.98 | 0.00 | 0.00 |
| 71 | MPALA Logistics, LLC | 1,100.00 | 0.00 | 0.00 |
| 72 | Acme Transportation Company | 147.25 | 0.00 | 0.00 |
| 73 | US Department of Labor | 0.00 | 0.00 | 0.00 |
| 74 | Reliable Express LLC | 5,800.00 | 0.00 | 0.00 |
| 75U | Brother's Transportation LLC | 5,000.00 | 0.00 | 0.00 |
| 78 | Nussbaum Transportation Services, Inc. | 77,296.91 | 0.00 | 0.00 |
| 79 | Dohrn Transfer Co. | 14,052.33 | 0.00 | 0.00 |
| 80 | ALCO Transportation, Inc. | 1,500.00 | 0.00 | 0.00 |
| 81 | FedEx Custom Critical | 0.00 | 0.00 | 0.00 |
| 82 | Frontier Trading, Inc. | 3,300.00 | 0.00 | 0.00 |
| 83 | Total Transportation Services, LLC | 10,485.00 | 0.00 | 0.00 |
| 84 | Laser Networking, Inc. | 0.00 | 0.00 | 0.00 |
| 85 | R. G. Hawkes Trucking, Inc. | 53,760.00 | 0.00 | 0.00 |
| 86 | Dun & Bradstreet | 0.00 | 0.00 | 0.00 |
| 86 -2 | Dun & Bradstreet | 14,549.50 | 0.00 | 0.00 |
| 87 | Smooth Operators, Inc. | 1,000.00 | 0.00 | 0.00 |
| 88 | Smooth Traffic Resource Logistics, LLC | 6,300.00 | 0.00 | 0.00 |
| 89 | Mercury Transportation, Inc. | 12,700.00 | 0.00 | 0.00 |
| 91 | Brown Trucking | 0.00 | 0.00 | 0.00 |
| 92 | Dash Courier Service, LLC | 576.66 | 0.00 | 0.00 |

| 93 | Integrity Transportation | 4,250.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 95 | HDZ Transportation Co. | 6,125.00 | 0.00 | 0.00 |
| 96 | Bober Transport, Inc | 1,800.00 | 0.00 | 0.00 |
| 97 | Kenzies Transport | 1,100.00 | 0.00 | 0.00 |
| 98 | Southeastern Freight Lines, Inc. | 0.00 | 0.00 | 0.00 |
| 99 | Kelley Logistics | 0.00 | 0.00 | 0.00 |
| 99 -2 | Kelley Logistics | 0.00 | 0.00 | 0.00 |
| ETA | Enterprise Technology Alliance, Inc. | 120,000.00 | 0.00 | 0.00 |
| 100 | Dayton Freight Lines, Inc. | 0.00 | 0.00 | 0.00 |
| 100 -2 | Dayton Freight Lines, Inc. | 194,492.72 | 0.00 | 0.00 |
| 101 | Black Rock Trucking, Inc. | 49,251.33 | 0.00 | 0.00 |
| 102 | Evans Equipment | 900.00 | 0.00 | 0.00 |
| 103 | Amerisource Funding, Inc. Assignee for: | 1,300.00 | 0.00 | 0.00 |
| 104 | Landstar Ranger | 126,571.60 | 0.00 | 0.00 |
| 105 | Dunavant Trans Gulf Transportation, LLC | 1,876.50 | 0.00 | 0.00 |
| 106 | Ovalos Trucking | 8,200.00 | 0.00 | 0.00 |
| 107 | FedEx TechConnect, Inc. | 0.00 | 0.00 | 0.00 |
| 107 -2 | FedEx TechConnect, Inc. | 272,903.17 | 0.00 | 0.00 |
| 109 | KALM Transportation Inc. | 750.00 | 0.00 | 0.00 |
| 110 | KLM Logistics, LLC | 1,000.00 | 0.00 | 0.00 |
| 111 | Thunder Carrier Services, LLC | 9,200.00 | 0.00 | 0.00 |
| 112 | Morrell & Morrell, LP | 900.00 | 0.00 | 0.00 |
| 113 | Rich-Co Transportation, Inc. | 2,200.00 | 0.00 | 0.00 |
| 114 | ABF Freight System, Inc. | 1,485.35 | 0.00 | 0.00 |
| 115 | PAC Freight, Inc | 1,800.00 | 0.00 | 0.00 |
| 116 | Paul Demarco Trucking | 0.00 | 0.00 | 0.00 |
| 116 -2 | Paul Demarco Trucking | 0.00 | 0.00 | 0.00 |
| 117 | F & L Trucking, Inc. | 0.00 | 0.00 | 0.00 |
| 118 | Nu-Born Express | 52,554.63 | 0.00 | 0.00 |
| 119 | XPO Express formerly Express-1 | 200,669.54 | 0.00 | 0.00 |
| 120 | Davis Freight Management, Inc. | 4,025.00 | 0.00 | 0.00 |
| 121 | Dugan Truck Line | 1,221.73 | 0.00 | 0.00 |
| 122 | Dugan Truck Line | 122,173.00 | 0.00 | 0.00 |

| 123 | Turner Trnasportation Group | 800.00 | 0.00 | 0.00 |
| 124 | Ben R. Brown Trucking Inc. | 1,550.00 | 0.00 | 0.00 |
| 125 | Averittt Express, Inc. | 12,458.08 | 0.00 | 0.00 |
| 126 | AM/PM Express, Inc. | 22,720.14 | 0.00 | 0.00 |
| 127 | Brown Trucking | 0.00 | 0.00 | 0.00 |
| 128 | Panther Premium Logistics, Inc. | 186,886.70 | 0.00 | 0.00 |
| 129 | Kaplan Trucking | 1,800.00 | 0.00 | 0.00 |
| 130 | M.O.T. Intermodal Shipping USA Inc. | 52,927.86 | 0.00 | 0.00 |
| 132 | Arnold Interstate Group, Inc. | 8,200.00 | 0.00 | 0.00 |
| 133 | Jordan Carriers, Inc. | 4,977.50 | 0.00 | 0.00 |
| 134 | Texas Best Logistics, LLC | 850.00 | 0.00 | 0.00 |
| 135 | New England Motor Freight, Inc. | 104,391.92 | 0.00 | 0.00 |
| 136 | Southern Christian Transportation | 0.00 | 0.00 | 0.00 |
| 139 | Elk Valley Distribution, Inc. | 900.00 | 0.00 | 0.00 |
| 140 | Three Rivers Xpress | 850.00 | 0.00 | 0.00 |
| 141 | Anchor 36, LLC | 0.00 | 0.00 | 0.00 |
| 141 -2 | Anchor 36, LLC | 6,300.00 | 0.00 | 0.00 |
| 142 | MTM Logistics, LLC | 550.00 | 0.00 | 0.00 |
| 143 | Werner Enterprises, Inc. | 11,065.56 | 0.00 | 0.00 |
| 144 | R & L Carriers, Inc. | 404,935.44 | 0.00 | 0.00 |
| 145 | Command Transportation, LLC | 110,085.00 | 0.00 | 0.00 |
| 146 | GE Capital Information Technology | 3,300.93 | 0.00 | 0.00 |
| 147 | ACI Motor Freight | 4,522.95 | 0.00 | 0.00 |
| 148 | Trans-Lease, Inc. | 1,300.00 | 0.00 | 0.00 |
| 149 | Pilot Freight Services - LAX | 45,934.33 | 0.00 | 0.00 |
| 150 | Albaad USA, Inc. | 0.00 | 0.00 | 0.00 |
| 150 -2 | Albaad USA, Inc. | 0.00 | 0.00 | 0.00 |
| 151 | Hills Trucking | 31,290.64 | 0.00 | 0.00 |
| 152 | Lester M Entin Associates dba Harrison Indus Plz | 215,530.01 | 0.00 | 0.00 |
| 153 | Bama Freight | 0.00 | 0.00 | 0.00 |
| 153 -2 | Bama Freight | 6,156.00 | 0.00 | 0.00 |
| 154 | Marlin Trucking | 2,940.00 | 0.00 | 0.00 |

| 155 | Jahannaica Enterprise Trucking | 184.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 156 | AT&T Mobility II LLC | 4,735.62 | 0.00 | 0.00 |
| 157 | TriMark USA LLC | 1,402,108.15 | 0.00 | 0.00 |
| 158 | United Parcel Service, Inc. | 113,395.84 | 0.00 | 0.00 |
| 159 | Marlin Enterprises, LLC | 686,995.18 | 0.00 | 0.00 |
| 160 | Stone Trucking Company | 1,000.00 | 0.00 | 0.00 |
| 161 | Stone Trucking Company | 7,200.00 | 0.00 | 0.00 |
| 162 | Sowles Co. | 40,619.00 | 0.00 | 0.00 |
| 163 | Exquisite Freight, LLC | 675.00 | 0.00 | 0.00 |
| 165 | Salem Carriers, Inc. | 0.00 | 0.00 | 0.00 |
| 166 | Salem Leasing Corp. | 16,754.11 | 0.00 | 0.00 |
| 167 | YRC, Inc. dba YRC Freight | 0.00 | 0.00 | 0.00 |
| 168 | Carlisle Wide Plank Floors, LLC | 1,500.00 | 0.00 | 0.00 |
| 169 | USF Reddaway, Inc. | 535,722.00 | 0.00 | 0.00 |
| 170 | USF Holland, Inc. | 0.00 | 0.00 | 0.00 |
| 171 | New Penn Motor Express, Inc. | 10,828.00 | 0.00 | 0.00 |
| 172 | DRM Trucking | 57,420.00 | 0.00 | 0.00 |
| 173 | ACE American Insurance Company | 974,205.58 | 0.00 | 0.00 |
| 174 | Ponce de Len Hospitality Corp. dba Holiday Inn | 0.00 | 0.00 | 0.00 |
| 174 -2 | Ponce de Len Hospitality Corp. dba Holiday Inn | 152,278.00 | 0.00 | 0.00 |
| 175 | The Middleby Corporation and Certain Affiliates | 0.00 | 0.00 | 0.00 |
| 176 | Anchor 36 Logistics, LLC | 5,860.00 | 0.00 | 0.00 |
| 177 | Stradley Ronon Stevens & Young, LLP | 8,311.52 | 0.00 | 0.00 |
| 178 | RAC Welton, Inc. | 269,031.34 | 0.00 | 0.00 |
| 179 | H. I. Mayaguez, Inc | 456,016.56 | 0.00 | 0.00 |
| 180U | The Tranzonic Companies, Inc. | 1,093,033.24 | 0.00 | 0.00 |
| 182 | Benton Global | 274,812.96 | 0.00 | 0.00 |
| 183 | Vestas-American Wind Technology, Inc. | 0.00 | 0.00 | 0.00 |
| 183 -2 | Vestas-American Wind Technology, Inc. | 50,000.00 | 0.00 | 0.00 |
| 184 | AW North Carolina Inc. | 0.00 | 0.00 | 0.00 |
| 185 | Quickie Manufacturing Corporation | 0.00 | 0.00 | 0.00 |

| 186 | Quickie Manufacturing Corporation | 0.00 | 0.00 | 0.00 |
|---|---|---:|---:|---:|
| 187 | Quickie Manufacturing Corporation | 0.00 | 0.00 | 0.00 |
| 189 | Estes Express Lines | 1,339.94 | 0.00 | 0.00 |
| 190 | Internal Revenue Service | 2,736.14 | 0.00 | 0.00 |
| 198 -2 | Oakland County Treasurer | 2,456.24 | 0.00 | 0.00 |
| 200 | Panther II Transportation, Inc. | 45,000.00 | 0.00 | 0.00 |
| 201 | Estes Express Lines | 10,168.96 | 0.00 | 0.00 |
| 202 | Carrier Cash, LLC dba Pay4Freight.com | 80,000.00 | 0.00 | 0.00 |
| 203 | G-Squared Partners, LLC | 40,000.00 | 0.00 | 0.00 |
| 204 | Freedom Trans USA, LLC | 35,000.00 | 0.00 | 0.00 |
| AURUBIS | Aurubis Buffalo, Inc. | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $              0.00

Remaining balance: $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 287,014.15 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 188 | Freight Trans, Inc. | 0.00 | 0.00 | 0.00 |
| 188 -2 | Freight Trans, Inc. | 108,650.00 | 0.00 | 0.00 |
| 191 | Laser Networking, Inc. | 0.00 | 0.00 | 0.00 |
| 194 | Truck & Trailer Carolina, Inc. | 4,609.33 | 0.00 | 0.00 |
| 195 | Pitt Ohio, LLC | 45,998.99 | 0.00 | 0.00 |
| 196 | Acme Truck Line, Inc. | 26,322.90 | 0.00 | 0.00 |
| 197 | Lockwood International, Inc. | 101,432.93 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $              0.00

Remaining balance: $              0.00

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims
ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid
*pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid
in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent,
plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims
ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**_____0.00

Remaining balance:                **$**_____0.00

Prepared By:  /s/Alfred T. Giuliano, Trustee (DE)
                              Trustee

Alfred T. Giuliano, Trustee (DE)
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ  08043
(856) 767-3000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**