# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Leading Edge Logistics LLC
2098 West Chester Pike
Broomall, PA 19008
 **EIN:** 23–2982293

**Chapter:** 7

**Case No.:** 14–11260–MFW

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

  PLEASE TAKE NOTICE that Alfred T. Giuliano, trustee for the above styled estate, has filed a Notice of Final Report And Applications For Compensation and Deadline to Object ("NFR") at Docket No. 597 .

  The Court has scheduled a hearing regarding this report for 11/9/2022 at 2:00pm at the U.S. Bankruptcy Court, 824 Market Street, Courtroom #4 , 5th floor, Wilmington, Delaware. The complete Notice of Final Report may be viewed by accessing the court's website at https://www.deb.uscourts.gov/trusteesfinalreports.

_____

Una O'Boyle, Clerk of Court

Dated: 10/6/22

(VAN–485)