IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LEADING EDGE LOGISTICS LLC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 14-11260 (MFW)<br>(Jointly Administered)<br><br>Re: Docket No. 586 |

**ORDER GRANTING**
**NINTH INTERIM AND FINAL FEE APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES OF PACHULSKI**
**STANG ZIEHL & JONES LLP, AS COUNSEL TO THE**
**CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM MAY 19, 2014**
**THROUGH MARCH 31, 2022 (INCLUDING THE**
**NINTH FEE PERIOD OF JANUARY 1, 2021 THROUGH MARCH 31, 2022)**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel to Alfred T. Giuliano, Chapter 7 Trustee ("Chapter 7 Trustee"), filed a Ninth Interim and Final Fee Application for allowance of compensation and reimbursement of expenses for May 19, 2014 through March 31, 2022 (the "Ninth Interim and Final Fee Application"). The Court has reviewed the Ninth Interim and Final Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Ninth Interim and Final Fee Application, and any hearing on the Ninth Interim and Final Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Ninth Interim and Final Fee Application. Accordingly, it is hereby

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Leading Edge Logistics LLC (2293); Alliance Traffic Group, LLC (0161); LEL Enterprises LLC (1052); and LEL Caribe, LLC (0104).

ORDERED that the Ninth Interim and Final Fee Application is GRANTED, and the requested fees and expenses are allowed, on a final basis. The Chapter 7 Trustee shall pay to PSZ&J the sum of $1,870,684.00 as compensation and $100,728.33 as reimbursement of expenses, for a total of $1,971,412.33 for services rendered and disbursements incurred by PSZ&J for the period May 19, 2014 through March 31, 2022, less any amounts previously paid in connection with the interim fee applications previously filed by PSZ&J in this case.

ORDERED that to the extent PSZ&J has incurred fees and expenses in addition to the foregoing, PSZ&J may file one or more supplemental fee applications and submit a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any such supplemental fee application.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: November 9th, 2022  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE