# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 7 |
| : | |
| LEADING EDGE LOGISTICS, LLC,[1] : | Case No. 14-11260 (MFW) |
| : | Jointly Administered |
| Debtors. : | |
| : | |
| : | Re: Docket No. 587 |

**ORDER GRANTING SECOND AND FINAL FEE APPLICATION OF GIULIANO MILLER AND COMPANY, LLC, AS ACCOUNTANTS TO THE CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR (1) THE INTERIM PERIOD MARCH 1, 2020 THROUGH MAY 25, 2022 AND (2) THE FINAL PERIOD MAY 19, 2014 THROUGH MAY 25, 2022**

Giuliano Miller and Company, LLC ("GMCO"), Accountants to Alfred T. Giuliano, Chapter 7 Trustee for the estates of Leading Edge Logistics, LLC, et al. ("Debtors") having filed a *Third And Final Fee Application For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses As Accountants To The Trustee For (1) The Interim Period March 1, 2020 Through May 25, 2022 And (2) The Final Period May 19, 2014 Through May 25, 2022* (the "Application"), and the Court having reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate and proper under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application; and after due deliberation and for other and good cause:

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Leading Edge Logistics LLC (2293); Alliance Traffic Group, LLC (0161); LEL Enterprises LLC (1052); and LEL Caribe, LLC (0104).

2.  GMCO be and hereby is awarded compensation for the second interim period an allowance of $29,352.50 as compensation for actual and necessary accounting services rendered and $108.94 for actual expenses incurred, and it is further awarded final compensation of fees for the final period in the amount of $477,977.06 and final reimbursement of expenses in the amount of $4,261.58, for a final total of $482,238.64.

3.  These amounts awarded shall be paid forthwith by the Chapter 7 Trustee.

Dated: November 9th, 2022  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:239346.1 31266/001