MFW Chapter 7 Matters

11/9/2022

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Peter | Keane | Chapter 7 Trustee Alfred T. Giuliano | Pachulski Stang Ziehl & Jones LLP |
| Uday | Gorrepati | N/A (ABI Project) | |